**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MONTY CLAIR CHAPMAN, TRUSTEE OF THE MONTY CLAIR CHAPMAN TRUST AGREEMENT DATED AUGUST 17, 2000, AND CONNIE A. CHAPMAN, | : : : : : | No. 467 WAL 2016 |
| Petitioners | : : : : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : | |
| CHEVRON APPALACHIA, LLC, | : : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.